UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAZAEA MOHAMMED SENAN ALOMAISI,

                Plaintiff,

-v-

DECKER, et al.,

                Respondents.

CIVIL ACTION NO.: 20 Civ. 5059 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

      Petitioner Alomaisi's Petition for Habeas Corpus and Petition for Mandamus (ECF No. 1 (the "Petition")) names as Respondents in this action individuals who, following yesterday's Inauguration of President Joseph R. Biden, Jr., of which the Court takes judicial notice, may no longer be serving in the official capacities for which they are being sued. The Court therefore ORDERS that by **Tuesday, January 26, 2021**, Respondents shall file a letter notifying the Court of the names of the current officeholders now occupying the positions for which each individual Respondent was named in the Petition.

      Following Respondents' submission, the Court will direct the Clerk of Court to update the case caption with the names of the new officeholders.

Dated:     New York, New York
              January 21, 2021

SO ORDERED

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**