# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
HAZAEA MOHAMMED SENAN ALOMAISI,

                     Petitioner,                  20 **CIVIL** 5059 (VSB) (SLC)

               -against-                        **JUDGMENT**

ALEJANDRO MAYORKAS, in his capacity
As Secretary of the Department of Homeland
Security, et al.,

                    Respondents.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 25, 2021, Petitioner's objections are overruled, the Report is adopted in full, and his petition is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York
         August 26, 2021

                                                         **RUBY J. KRAJICK**

                                                           **Clerk of Court**
                                    **BY:**
                                                            **Deputy Clerk**